**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| STEPHEN A. DRAZIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINCOLN NATIONAL LIFE INSURANCE )<br>COMPANY; LINCOLN NATIONAL )<br>CORPORATION d/b/a LINCOLN NATIONAL )<br>LIFE INSURANCE COMPANY; and )<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendants. )<br>) | Case No.: 1:13-CV-02222-ELH<br><br>(Removed from the Circuit Court for Baltimore County, Case No. 03-C-13-006571 CN) |

## **ANSWER**

Defendants Lincoln National Life Insurance Company, Lincoln National Corporation, and Metropolitan Life Insurance Company (collectively "Defendants"), by and through their counsel of record, hereby answer the Complaint in this case as follows:

1. Admitted.

2. Admitted that Lincoln National Corporation maintains its principle place of business in Pennsylvania. Otherwise denied.

3. Admitted that Lincoln National Life Insurance Company is registered to do business in Maryland and offers disability insurance policies. Otherwise denied.

4. Admitted by Metropolitan Life Insurance Company.

5. Admitted.

## COUNT 1 - BREACH OF CONTRACT

1. Admitted that Plaintiff had a myocardial infarction and a triple bypass surgery on or about March 19, 2002. Admitted that Plaintiff was an attorney whose practice included family law. Otherwise denied.

2. Admitted that as of March 19, 2012 the Plaintiff had in force a contract of disability insurance issued by Lincoln National Life Insurance Company and administered by Metropolitan Life Insurance Company. Admitted that the insurance contract contains a total disability provision and an Extended Own Occupation Rider which defines total disability. Otherwise denied.

3. Denied.

4. Admitted.

5. Admitted that Plaintiff's claim for disability benefits was denied by Metropolitan Life Insurance Company. Otherwise denied.

WHEREFORE, Defendants deny that Plaintiff is entitled to relief.

## ADDITIONAL DEFENSES

1. Lincoln National Corporation denies that it is a party to the insurance contract. Therefore, Lincoln National Corporation is not a proper party in this case.

2. Lincoln National Corporation was not properly served with the Complaint.

Dated: August 21, 2013         Respectfully submitted,

                               SUTHERLAND ASBILL & BRENNAN LLP

                               By:  /s/ Thomas R. Bundy_____
                               Thomas R. Bundy (Bar No. 200012120078)
                               By:  /s/ Wilson G. Barmeyer_____
                               Wilson G. Barmeyer, *admitted pro hac vice*
                               SUTHERLAND ASBILL & BRENNAN LLP
                               700 Sixth Street NW, Suite 700

Washington, D.C. 20001
Telephone: 202-383-0100
Facsimile: 202-637-3593
Email: Thomas.Bundy@sutherland.com
Email: Wilson.Barmeyer@sutherland.com
**Attorney for Defendants Lincoln National Life Insurance Company, Lincoln National Corporation, and Metropolitan Life Insurance Company**

## **CERTIFICATE OF SERVICE**

      I certify that I electronically filed the foregoing document using the CM/ECF System which will send notification of such filing to counsel of record.

                                 /s/ Thomas R. Bundy_____
                                 Thomas R. Bundy